JUDGE LEISURE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

BARCLAYS CAPITAL REAL ESTATE
HOLDINGS INC.

    Petitioner,

07 CIV ____ Civ. _____ ( )

- against -

**PETITIONER'S
RULE 7.1 STATEMENT**

REGIONS BANK

    Respondent.

------------------------------------------------------------------ X

    Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Petitioner Barclays Capital Real Estate Holdings Inc. states that it is a privately held corporation chartered in Delaware and headquartered in New York, and that it is an indirect wholly owned subsidiary of Barclays PLC.

Dated: August 27, 2007
       New York, New York

                          Respectfully submitted,

                          CLEARY GOTTLIEB STEEN & HAMILTON LLP

                          By: _____
                              Evan A. Davis
                              Mitchell A. Lowenthal
                              Jason P. Gottlieb
                              Anna A. Makanju

                          One Liberty Plaza
                          New York, New York 10006
                          (212) 225-2000

                          Attorneys for Petitioners Barclays Capital Real
                              Estate Holdings Inc.