UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

BARCLAYS CAPITAL REAL ESTATE        :
HOLDINGS INC.
                                    :
        Petitioner,                      *07* Civ. *7644* *(PKL)*
                                    :
        - against -
                                    :   **NOTICE OF PETITION**

                                    :

REGIONS BANK                        :

        Respondent.                 :

                                    :

-------------------------------------------------------------------- X


        PLEASE TAKE NOTICE that upon the Petition of Barclays Capital Real Estate

Holdings Inc., by its attorneys Cleary Gottlieb Steen & Hamilton LLP, dated August 28, 2007,

the supporting Declaration of Richard J. Gordon, dated August 28, 2007, together with the

exhibits attached thereto, and Petitioner's Memorandum of Law, the Petitioner will petition this

Court, pursuant to the Federal Arbitration Act (the "FAA"), 9 U.S.C. § 1 et seq., on a date to be

determined at the United States Courthouse, for an order (1) compelling Respondent to submit to

final and binding resolution before a Settlement Auditor to be chosen by this Court (absent

agreement by the Parties) certain disputes relating to the preparation of the Final Balance Sheet

and the calculation of the Final Payoff Amount, all in accordance with Schedule 1.4 of the

Agreement; (2) enjoining Respondent from commencing any lawsuit on the same subject matter

against Petitioner (including its affiliates, members, employees, officers and agents), in any

jurisdiction, without a prior determination of the Settlement Auditor that such action would be

outside the scope of its jurisdiction; and (3) requiring Respondent to reimburse Petitioner for the

cost and expenses (plus statutory prejudgment interest thereon) incurred in bringing this motion,

on the ground that the refusal to submit to ADR resolution by the Settlement Auditor all of the

disagreements described in the Gordon Declaration is a breach of Respondent's commitments

under the Agreement.

Dated: New York, New York
      August 28, 2007

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:_____
      Evan A. Davis
      Mitchell A. Lowenthal
      Jason P. Gottlieb
      Anna A. Makanju

One Liberty Plaza
New York, New York  10006
(212) 225-2000

Attorneys for Petitioners Barclays Capital Real
      Estate Holdings Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARCLAYS CAPITAL REAL ESTATE

HOLDINGS INC.,

                              Petitioner,                          __ Civ. _____ (    )

                    -against-

REGIONS BANK,

                              Respondent.

## NOTICE OF PETITION

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTORNEYS FOR PETITIONER

ONE LIBERTY PLAZA
BOROUGH OF MANHATTAN
NEW YORK, N Y  10006
(212) 225-2000

COPY RECEIVED

THIS _____   DAY OF _____   20_____