UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
: 
BARCLAYS CAPITAL REAL ESTATE HOLDINGS INC, :   07 Civ. 7644
:
           Petitioner,   :   CERTIFICATE OF SERVICE
:
    - against -   :
:
REGIONS BANK,   :
:
           Respondent.   :
:
------------------------------------------------------------------------ X

       I, Richard V. Conza, an attorney admitted to practice before the Courts of the State of New York, and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

       1. On the 28th day of August 2007, the Civil Cover Sheet; Petition to Compel Arbitration with the Declaration of Richard J. Gordon in Support of Petitioner's Motion to Compel Arbitration with Exhibit 1 through 4 and the Proposed Order Directing Parties to Proceed Arbitration; Petitioner's Memorandum of Law in Support of its Application to Compel Arbitration; the Guidelines for Electronic Case Filing; 3rd Amended Instructions for Filing an Electronic Case or Appeal; the Procedures for Electronic Case Filing; and the Individual Practices of Judge Peter K. Leisure, Senior U.S. District Judge were served by Federal Express upon:

                        Regions Financial Corporation
                        417 North 20th Street
                        Birmingham, Alabama 35203
                        Attention: R. Alan Deer

        Alston & Bird LLP
        The Atlantic Building
        950 F. Street, NW
        Washington, DC 20004-1404
        Attention: Michael P. Reed

        Covington & Burling
        1201 Pennsylvania Avenue
        Washington, DC 20004
        Attention: Lanny Breuer, Partner

        Covington & Burling
        The New York Times Building
        620 Eighth Avenue
        New York, NY 10018
        Attention: Mark P. Gimbel, Partner

      2. This service was made by an assistant managing clerk of this firm under my general supervision.

Dated: New York, New York
       August 29, 2007

                                            /s/Richard V. Conza
                                               Richard V. Conza