UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
BARCLAYS CAPITAL REAL ESTATE HOLDINGS INC,

      Petitioner,

- against -

REGIONS BANK,

      Respondent.
------------------------------------------------------------------------ X

07 Civ. 7644

<u>CERTIFICATE OF SERVICE</u>

    I, Richard V. Conza, an attorney admitted to practice before the Courts of the State of New York, and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

    1. On the 28th day of August 2007, the Notice of Petition was served by Federal Express upon:

> Regions Financial Corporation
> 417 North 20th Street
> Birmingham, Alabama 35203
> Attention: R. Alan Deer
>
> Alston & Bird LLP
> The Atlantic Building
> 950 F. Street, NW
> Washington, DC 20004-1404
> Attention: Michael P. Reed

    2. Further, on the 28th day of August 2007, the Notice of Petition; Petition to Compel Arbitration with the Declaration of Richard J. Gordon in Support of Petitioner's Motion to Compel Arbitration with Exhibit 1 through 4 and the Proposed Order Directing Parties to

2

Proceed Arbitration; and Petitioner's Memorandum of Law in Support of its Application to

Compel Arbitration were served by facsimile transmission upon:

>Michael P. Reed
>Alston & Bird LLP
>Fax No. (202) 756-3333

Dated:  New York, New York
       August 29, 2007

                                          /s/Richard V. Conza
                                            Richard V. Conza