UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------- x

BARCLAYS CAPITAL REAL ESTATE HOLDINGS INC.,        :
                                                   :
                                                   :   No. 07 Civ. 7644 (PKL)
                   Petitioner,                     :
                                                   :   **STIPULATION OF**
            v.                                     :   **DISMISSAL**
                                                   :
REGIONS BANK,                                      :
                                                   :
                   Respondent.                     :
----------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/07

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

counsel for Petitioner Barclays Capital Real Estate Holdings Inc. ("Barclays") and for

Respondent Regions Bank ("Regions") as follows:

1. Regions agrees that the Settlement Auditor, as that term is defined in Schedule 1.4(c) of

   the Stock Purchase Agreement dated January 18, 2007 ("SPA"), has full authority to

   resolve pursuant to Schedule 1.4 the parties' disagreements over the Final Balance Sheet

   and the calculation of the Final Payoff Amount (as those terms are defined in the SPA),

   including (without limitation) the parties' disagreements over Repurchase Reserves,

   Mortgage Loans Available for Sale, the Deferred Tax Asset Valuation Allowance,

   Mortgage Loans Held for Investment, Vacation Time Accrual and Bonus Accrual

   Adjustments, Premium Recapture Reserves, the Real Estate Owned Valuation

   Adjustment, Accounts Payable, the write off of certain Fixed Assets, and the application

   of GAAP to the foregoing. Accordingly, pursuant to Federal Rule of Civil Procedure

   41(a)(1)(ii), Barclays hereby voluntarily dismisses the petition filed herein without

   prejudice.

2.  Barclays and Regions shall each bear their own court costs and attorneys' fees to date in
    connection with this action. .

3.  The parties agree that Deloitte LLP shall serve as Settlement Auditor, if it agrees to
    accept such appointment and is free of any conflicts of interest. In the event Deloitte
    LLP is unable or unwilling to serve as Settlement Auditor, the parties shall cooperate in
    good faith to select an alternative Settlement Auditor by no later than September 21,
    2007.

4.  This Stipulation is without prejudice to either party's right to make any argument before
    the Settlement Auditor concerning the merits of their disagreements. The parties hereto
    confirm their intent to observe the provisions of the SPA, including Schedule 1.4 therein,
    without any modification being made to those terms.

Dated:  New York, New York
        August 31, 2007

CLEARY GOTTLIEB STEEN &                      COVINGTON & BURLING LLP
HAMILTON LLP

By _____ (by permission/BT)      By _____/BT

      Evan Davis                                   Mark P. Gimbel
      Mitchell Lowenthal                           Philip A. Irwin
      One Liberty Plaza                            620 Eighth Avenue
      New York, New York 10006                     New York, New York 10018
      (212) 225-2000                               (212) 841-1000

      *Attorneys for Petitioner Barclays*          Lanny A. Breuer
      *Capital Real Estate Holdings Inc.*          1201 Pennsylvania Avenue, N.W.
                                                   Washington, DC 20004

                                                   *Attorneys for Respondent Regions Bank*

2

SO ORDERED:

this ___4th___ day of __September__ _____, 2007

_____
UNITED STATES DISTRICT JUDGE

3